UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTO A. AUFFANT, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SHRINERS HOSPITAL FOR CHILDREN (Spokane, Washington), <br><br> Defendant. | NO:  CV-11-256-RMP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 17.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 17,** is **APPROVED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 11th day of January 2012.

                      *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2